APPEARANCE

# United States Bankruptcy Court

For the    Northern    District of    Illinois

In re    )
    Kimberly Ann Mancuso    )    Case No. 16-00296
    )
    )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Orlan-Brook Condominium Owner's Association

| | |
|---|---|
| Ronald J. Kapustka | Kovitz Shifrin Nesbit |
| Print Name on this Line | Firm Name |
| /s/ Ronald J. Kapustka | FIRM ID NUMBER: |
| Signature | 175 N. Archer Ave. |
| ATTORNEY ID NUMBER    6203095 | Street Address |
| | Mundelein    IL    60060 |
| | City    State    Zip |
| | Telephone    (847) 537-0500 |

Trial Attorneys*

_____    Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____    D _____    TP _____