UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-00296
Kimberly Mancuso  )
  )  Chapter: 13
  )
  )  Honorable Jacqueline Cox
  )
Debtor(s)  )

**ORDER VACATING ORDER FOR PAYROLL CONTROL ENTERED ON 01/08/2016**

THIS MATTER coming to be heard on the MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 01/08/2016 PURSUANT TO FED. R. BANKR. P. 9024, the court having jurisdiction, with due notice having been given to all parties in interest, the court orders that the order entered on 01/08/2016 ordering payroll control is hereby vacated.

Enter:

Jacqueline P. Cox
United States Bankruptcy Judge

Dated: FEB -4 2019

**Prepared by:**
Kyle Dallmann
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603

Rev: 20170105_bko